IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:19-CR-420(FJS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **JONATHAN M. CUNEY,** | ) | Violation:   18 U.S.C. § 922(g)(1) |
| | ) | [Possession of a Firearm by a |
| | ) | Prohibited Person] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Rensselaer |

### THE GRAND JURY CHARGES:

### COUNT 1
[Possession of a Firearm by a Prohibited Person]

On or about September 10, 2019, in Rensselaer County in the Northern District of New York, the defendant, **JONATHAN M. CUNEY**, knowingly possessed in and affecting interstate commerce a firearm, that is a Springfield Armory, Model M1A SOCOM 16 QCB, .308 cal/7.62x51 mm semiautomatic rifle, bearing serial number 396898, after having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, as the defendant well knew when he possessed the firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Dated:   November 20, 2019

***REDACTED***

A TRUE BILL,

Grand Jury Foreperson

[FILED stamp: U.S. DISTRICT COURT - N.D. OF N.Y., NOV 20 2019, John M. Domurad, Clerk - Albany]

GRANT C. JAQUITH
United States Attorney

By: _____
Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140