IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:19-CR-420 (FJS) |
| | ) | | |
| v. | ) | **Superseding Information** | |
| | ) | | |
| **JONATHAN M. CUNEY,** | ) | Violations: | 18 U.S.C. § 922(g)(1) [Possession of a Firearm by a Prohibited Person] |
| | ) | | |
| | ) | | 26 U.S.C. § 5861(d) [Possession of Unregistered Firearms] |
| | ) | 3 Counts | |
| **Defendant.** | ) | County of Offense: | Rensselaer |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[Possession of a Firearm by a Prohibited Person]**

Between September 9, 2019 and November 14, 2019, in Rensselaer County in the Northern District of New York, the defendant, **JONATHAN M. CUNEY**, knowingly possessed in and affecting interstate commerce a firearm, that is a Springfield Armory rifle, model M1A SOCOM caliber .308, serial number 396698, after having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, as the defendant well knew when he possessed the firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
**[Possession of a Firearm by a Prohibited Person]**

Between September 9, 2019 and November 14, 2019, in Rensselaer County in the Northern District of New York, the defendant, **JONATHAN M. CUNEY**, knowingly possessed in and

affecting interstate commerce a firearm, that is an FMK Firearms Inc. AR-15-style rifle receiver/frame, serial number FMK18740, after having been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, as the defendant well knew when he possessed the firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
[**Possession of Unregistered Firearms**]

Between September 9, 2019 and November 14, 2019, in Rensselaer County in the Northern District of New York, the defendant, **JONATHAN M. CUNEY**, knowingly possessed firearms, specifically, three silencers, none of which were registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d), 5845(a)(7) and 5871.

Dated: June 15, 2021

ANTOINETTE T. BACON
United States Attorney

By: */s/ Michael Barnett*

Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140