AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York   ▾

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:19-CR-420 (FJS) |
| JONATHAN M. CUNEY | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   06/22/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

John L. Calcagni III
*Printed name of defendant's attorney*

_____
*Judge's signature*

Frederick J. Scullin Jr., Senior
*Judge's printed name and title*
U.S. District Judge