# STATEMENTS OF SUPPORT

11/24/21

Honorable Judge Scullin,

My name is George Cuney, Jonathan Cuney's dad a defendant coming before you December 2nd @ 10am. I'm writing to let you know Jon has a full support team awaiting him, we are all anxious to help him. My 4 year old grandson Jon's son just asked me who is my Daddy quite saddening. Although Jon has no one to blame but himself none the less sad for the little guy. Jon is on a path to complete his Masters and attend Albany Law School in an effort to become admitted to the bar specializing in Arms Law. This I would hope keeps him on track for a better more productive life in a world he has great passion for but only on the right side of the fence. So please after your review of his case consideration for his time served might you return him to us.

Sincerely
George Cuney

YourHonor, my name is Aubrey Hincker Tye and I am writing this letter in support of my boyfriend and daughter's father's Jonathan Cuney.

Jonathan has been away for over two years at this point. We have good communication and our relationship is going strong. When he went away, I was with him celebrating the Marine Corps birthday and Veterans Day weekend in Arizona with his few remaining military buddies. It is a day that haunts me daily. I was five months pregnant. We had cleaned out our guest room and began making a baby nursery right before he was taken. The stress of being pregnant, and now alone was horrible beyond words. Then when I thought it couldn't get worse, Covid hit and changed the entire world as we knew it to be.

Understanding that Jonathan has seen horrors we consider unthinkable, I always tolerated his "doomsday prepping" as a harmless remedy to calm his nerves. But as our stores ran empty and remote Northern California I was relieved that I made it several months without needing to go to the store. I know he has been to Iraq, Africa, southeast Asia, and Central America as I've seen photographs going through his things, but he doesn't say much about anything he's experienced. However I know it's terrible because he has scared the life out of me more than once by jumping from bed in the middle of the night waking from a nightmare or a flashback. He is a complicated man, but easy to love. He is a good father, a great companion, witty and humorous, protective, and intelligent. I miss him more and more as the days pass, not less and less.

I suffered as he wrenched and struggled as he contracted Covid 19 in jail and was denied even the most simple forms of relief. I gave birth alone, spent many sleepless nights raising his daughter with no help, I cried as she took her first steps and said her first birds in his absence. However, even from behind those walls Jonathan has insured I received a portion of his veterans pension to financially provide for us. He calls, emails, and writes letters daily. He video chats once a week so even gone his daughter recognizes his voice and his face and blows kisses and waves to him. We need him home, Your Honor.

I clearly understand the seriousness of what he did, and see how dangerous the country has become. However sir, I know this man. He may be tinkering when he shouldn't be and collecting things he shouldn't be but he is no danger to society. Firearms have been his life's work. They have saved his life countless times. This event has shown him clearly, he cannot own them ever again.

He has spoken of going to law school. To fix a perceived wrong. As outlandish as that may sound sir if anyone could pull it off, this is the man to do it. His knowledge of the subject of guns, his contacts in that industry, his intelligence and ingenuity, and his family and friends support will make this wild plan a reality. As a man of the law I ask your support in this endeavor. It is the purpose of the justice system to reform people, as well as punish them. He is being punished. Please assist him and his reformation in his pursuit of a law degree.

This is the first time in my life that I've dealt with this type of situation so I apologize if that is a wild request. I have been supportive by sending him BAR exam books and study guides, law school information and legal materials. I know it's an uphill battle for him as a felon, but he has the motivation and network to pursue that profession. This would give him something positive to focus on, a direction in life, and a gainfully employed living we can all be proud of. He frequently says that post traumatic stress disorder is when you finally realize you're not as important or bad as you once were. This path may fix more problems than just re-divisive some

I appreciate your time, Your Honor. I also greatly appreciate your consideration of my request and expedite Jonathan's return to his family, friends, and children.

Respectfully

Aubrey Hincker Tye