# PHOTOGRAPHS















































































